June 2, 2006

Mr. Mike A. Hatchell
Locke Liddell & Sapp, LLP
100 Congress Ave., Suite 300
Austin, TX 78701-4042

Ms. Audrey Mullert Vicknair
Law Office of Audrey Mullert Vicknair
802 N. Carancahua, Suite 1350
Corpus Christi, TX 78470

RE: Case Number: 05-0134
 Court of Appeals Number: 13-02-00094-CV
 Trial Court Number: 01-2-56,086D

Style: SOUTHWESTERN BELL TELEPHONE COMPANY
 v.
 COASTAL MART, INC. AND COASTAL MARKETS, LTD., D/B/A MAVERICK MARKETS

Dear Counsel:

 Today the Supreme Court of Texas (Chief Justice Jefferson not sitting)
granted the joint motion to abate pending final settlement, and abated the
petition for review filed in the above-referenced case. This case is
removed from the Court's active docket until July 3, 2005, by which time
the parties must file either a status report or a motion to dismiss. The
parties shall immediately notify this Court about any changes in status in
the settlement process. This Court's order is enclosed.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Gena Pelham, Deputy Clerk

Enclosure

|cc:|Ms. Cathy |
| |Wilborn |
| |Ms. Cathy |
| |Stuart |